IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60619
Summary Calendar
_____

GAFARI MOREIRA,

                                        Petitioner,


versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A29 899 927
- - - - - - - - - -
July 21, 1997
Before JOLLY, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Gafari Moreira appeals the Board of Immigration Appeal's

decision affirming the Immigration Judge's decision to deny

political asylum and withholding of deportation.  We have

reviewed the record and the briefs of the parties and perceive no

reversible error.  The petition for review is DENIED.  This court

is without jurisdiction to entertain Moreira's requests that we

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

review the proceedings in his pending motion before the BIA to reopen his case and the Attorney General's decision to deny bond. See 8 U.S.C. § 1105a(a); Younger v. Dept. of Justice, 759 F.2d 450, 457 (5th Cir.), cert. denied, 474 U.S. 996 (1985). Finally, Moreira's motions for consolidation and for production of documents are DENIED.